## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ERIC D. PERRY,

        Plaintiff,                No. CIV S-03-0361 FCD EFB P

vs.

LAWRENCE STACKS,

        Defendant.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Eric D. Perry, Offender #84577, a necessary and material witness in proceedings in this case on August 24, 2007, is confined in Solano County Jail, 530 Union Avenue, Fairfield, California, the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom 2, United States Courthouse, 501 I Street, Sacramento, California on August 24, 2007, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Sheriff of Solano County Jail, 530 Union Avenue, Fairfield, CA  94533:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 19, 2007.

                                                  Edmund F. Brennan, U.S. Magistrate Judge
                                                 Eastern District of California